1  CLIFFORD E. YIN (State Bar No. 173159)
   ZUZANA S. IKELS (State Bar No. 208671)
2  COBLENTZ, PATCH, DUFFY & BASS LLP
   One Ferry Building, Suite 200
3  San Francisco, California 94111-4213
   Telephone: 415.391.4800
4  Facsimile: 415.989.1663
   Email:  ef-cey@cpdb.com,
5          ef-zsi@cpdb.com

6  Attorneys for Defendants SafeDesk Solutions,
   Inc. and Phil Autrey



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

DATA CAPITAL CORPORATION, a California Corporation,

Plaintiff,

v.

SAFEDESK SOLUTIONS, INC., an Oregon Corporation; PHIL AUTREY, an individual; DOES 1 through 25, inclusive,

Defendants.

Case No. C08 00678 HRL

**CERTIFICATION OF INTERESTED ENTITIES OR PARTIES**

(N.D. Cal. Civil L.R. 3-16)

Pursuant to Civil L.R. 3-16, defendants SafeDesk Solutions, Inc. and Phil Autrey ("Defendants") submit this Certification of Interested Entities or Persons.

The undersigned, counsel of record for Defendants, certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in Defendants or (ii) have a non-financial interest in the subject matter or in Defendants that could be substantially affected by the outcome of this proceeding. These representations are made solely to enable the Court to evaluate possible disqualification or recusal.

1. SafeDesk Solutions, Inc.:   Defendant.
2. Phil Autrey:                Defendant.
3. Daniel Autrey:              Board member of SafeDesk Solutions, Inc.

13243.001.788503v1

1

Case No.

**CERTIFICATION OF INTERESTED ENTITIES OR PARTIES**

1. 4. Wildcats, LLC:    Shareholder.

DATED: January 28, 2008

COBLENTZ, PATCH, DUFFY & BASS LLP

By: _____
Clifford E. Yin
Attorneys for Defendants
SafeDesk Solutions, Inc.
and Phil Autrey

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA 94111-4213
415.391.4800 · FAX 415.989.1663

13243.001.788503v1

2

Case No.

CERTIFICATION OF INTERESTED ENTITIES OR PARTIES

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of San Francisco, State of California. My business address is One Ferry Building, Suite 200, San Francisco, California 94111-4213.

On January 28, 2008, I served true copies of the following document(s) described as

## CERTIFICATION OF INTERESTED PARTIES

on the interested parties in this action as follows:

Julian Pollok
Law Offices of Julian A. Pollok,
A Professional Corporation
1000 Wilshire Boulevard, Suite 620
Los Angeles, California 90017-2463
Telephone: (213) 688-7795
Telecopier: (213) 688-1080

☒ **BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Coblentz, Patch, Duffy & Bass LLP's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☐ **BY FAX TRANSMISSION:** I faxed a copy of the document(s) to the persons at the fax numbers listed in the Service List. The telephone number of the sending facsimile machine was 415.989.1663. No error was reported by the fax machine that I used.

☐ **BY FEDEX:** I enclosed said document(s) in an envelope or package provided by FedEx and addressed to the persons at the addresses listed in the Service List. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of FedEx or delivered such document(s) to a courier or driver authorized by FedEx to receive documents.

☐ **BY MESSENGER SERVICE:** I enclosed said document(s) in an envelope or package, addressed as shown below, and dispatched a messenger from my place of business with instructions to hand-carry the above and make delivery to the following during normal business hours, by leaving a true copy thereof with the person whose name is shown or the person who apparently was in charge of that person's office or residence.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 28, 2008, at San Francisco, California.

*/s/ Debra L. Singleton*

13243.001.788503v1

3

**CERTIFICATION OF INTERESTED ENTITIES OR PARTIES**

Case No.