1  CLIFFORD E. YIN (State Bar No. 173159)
   ZUZANA S. IKELS (State Bar No. 208671)
2  COBLENTZ, PATCH, DUFFY & BASS LLP
   One Ferry Building, Suite 200
3  San Francisco, California 94111-4213
   Telephone: 415.391.4800
4  Facsimile: 415.989.1663
   Email:  ef-cey@cpdb.com,
5          ef-zsi@cpdb.com

6  Attorneys for Defendants SafeDesk Solutions,
   Inc. and Phil Autrey

7

8              UNITED STATES DISTRICT COURT

9    NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

10

11 DATA CAPITAL CORPORATION, a          Case No. C 08-00678 HRL
   California Corporation,
12                                       **DEFENDANTS' DECLINATION TO
                  Plaintiff,             PROCEED BEFORE A MAGISTRATE
13                                       JUDGE AND REQUEST FOR
         v.                              REASSIGNMENT TO A UNITED
14                                       STATES DISTRICT JUDGE**
   SAFEDESK SOLUTIONS, INC., an Oregon
15 Corporation; PHIL AUTREY, an individual;
   DOES 1 through 25, inclusive,
16
                  Defendants.
17

18

19 //

20 //

21 //

22 //

23 //

24 //

25 //

26 //

27 //

28 //

Coblentz, Patch, Duffy & Bass LLP
One Ferry Building, Suite 200, San Francisco, California 94111-4213
415.391.4800 · Fax 415.989.1663

1    **REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

2        The undersigned parties hereby decline to consent to the assignment of this case to a

3    United States Magistrate Judge for trial and disposition and hereby request the reassignment of

4    this case to a United States District Judge.

5    DATED: January 29, 2008                    COBLENTZ, PATCH, DUFFY & BASS LLP

6

7                                        By: _____

8                                            Clifford E. Yin
                                            Attorneys for Defendants
9                                            SafeDesk Solutions, Inc.
                                            and Phil Autrey

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA 94111-4213
415.391.4800 · FAX 415.989.1663

13243.001.789494v1                    2                    Case No. C 08-00678 HRL

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**

1

**PROOF OF SERVICE**

2    STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

3    At the time of service, I was over 18 years of age and **not a party to this action**.  I am
employed in the County of San Francisco, State of California.  My business address is One Ferry
4    Building, Suite 200, San Francisco, California 94111-4213.

5    On January 29, 2008, I served true copies of the following document(s) described as

6    • **DEFENDANTS' DECLINATION TO PROCEED BEFORE A
MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A
7    UNITED STATES DISTRICT JUDGE**

8    on the interested parties in this action as follows:

9    Julian Pollok
Law Offices of Julian A. Pollok,
10    A Professional Corporation
1000 Wilshire Boulevard, Suite 620
11    Los Angeles, California 90017-2463
Telephone: (213) 688-7795
12    Telecopier: (213) 688-1080

13    ☒    **BY MAIL:**  I enclosed the document(s) in a sealed envelope or package addressed to the
persons at the addresses listed in the Service List and placed the envelope for collection
14    and mailing, following our ordinary business practices.  I am readily familiar with
Coblentz, Patch, Duffy & Bass LLP's practice for collecting and processing
15    correspondence for mailing.  On the same day that the correspondence is placed for
collection and mailing, it is deposited in the ordinary course of business with the United
16    States Postal Service, in a sealed envelope with postage fully prepaid.

17    I declare under penalty of perjury under the laws of the United States of America that the
foregoing is true and correct and that I am employed in the office of a member of the bar of this
18    Court at whose direction the service was made.

19    Executed on January 29, 2008, at San Francisco, California.

20

21    Debra L. Singleton

22

23

24

25

26

27

28

13243.001.789494v1                                                      Case No. C 08-00678 HRL.

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA 94111-4213
415.391.4800 · FAX 415.989.1663