CLIFFORD E. YIN (State Bar No. 173159)
ZUZANA S. IKELS (State Bar No. 208671)
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email:   ef-cey@cpdb.com,
         ef-zsi@cpdb.com

Attorneys for Defendants SafeDesk Solutions, Inc. and Phil Autrey

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| DATA CAPITAL CORPORATION, a California Corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SAFEDESK SOLUTIONS, INC., an Oregon Corporation; PHIL AUTREY, an individual; DOES 1 through 25, inclusive,<br><br>　　　　Defendants. | Case No. C 08-00678 HRL<br><br>**PROOF OF SERVICE OF ADR PACKET** |

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of San Francisco, State of California. My business address is One Ferry Building, Suite 200, San Francisco, California 94111-4213.

On January 29, 2008, I served true copies of the following document(s) described as

- **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

- **MAGISTRATE JUDGE HOWARD R. LLOYD STANDING ORDER RE INITIAL CASE MANAGEMENT AND DISCOVERY DISPUTES**

- **STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA: CONTENTS OF JOINT CASE MANAGEMENT STATEMENT**

- **STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES**

on the interested parties in this action as follows:

Julian Pollok
Law Offices of Julian A. Pollok,
A Professional Corporation
1000 Wilshire Boulevard, Suite 620
Los Angeles, California 90017-2463
Telephone: (213) 688-7795
Telecopier: (213) 688-1080

☒ **BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Coblentz, Patch, Duffy & Bass LLP's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 29, 2008, at San Francisco, California.

Debra L. Singleton