UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Data Capital Corporation, a California corporation,<br><br>        Plaintiff,<br><br>  v.<br><br>Safedesk Solutions, Inc., an Oregon corporation, et.al.,<br>        Defendants.<br>_____/ | No. C08-00678<br><br>**CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for May 20, 2008 at 1:30 pm. before the Honorable Judge Howard R. Lloyd has been continued to **June 2, 2008 at 10:00 a.m.**, before the Honorable Judge James Ware.  Parties are to appear in courtroom #8, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California.  Parties are to submit a Joint Case Management Statement on May 27, 2008.

If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5356, so as to take this matter off calendar.

Dated:  January 30, 2008                          RICHARD W. WIEKING, Clerk
                                                                 United States District Court

                                                                  /s/*Patty Cromwell*
                                                                   By: Patty Cromwell
                                                                   Courtroom Deputy Clerk for
                                                                   Magistrate Judge Howard R. Lloyd

1  THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:

Clifford Eric Yin      EfilingCEY@cpdb.com

Julian A. Pollok
A Professional Corporation
1000 Wilshire Blvd
Suite 620
Los Angeles, CA 90017