IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Data Capital Corporation, | NO. C 08-00678 JW |
|     Plaintiff,<br>  v. | **ORDER DENYING DEFENDANTS' MOTION TO DISMISS AS MOOT** |
| Safedesk Solutions, Inc., et al., | |
|     Defendants. | |

On February 4, 2008, Defendants filed a motion to dismiss Plaintiff's Complaint, and noticed the motion for a hearing on April 7, 2008. (See Docket Item No. 9.) On March 13, 2008, Plaintiff filed a First Amended Complaint. (See Docket Item No. 14.)

Rule 15(a) provides that a party may amend its pleading once as a matter of course at any time before a responsive pleading is served. A motion to dismiss is not a responsive pleading within the meaning of Rule 15(a). Fed. R. Civ. P. 15(a); Allwaste, Inc. v. Hecht, 65 F.3d 1523, 1530 ( 9th Cir. 1995).

Accordingly, Defendants' motion to dismiss is denied as moot. The April 7, 2008 hearing on the motion is VACATED.

Dated: March 27, 2008

                                    JAMES WARE
                                    United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Clifford Eric Yin, cey@cpdb.com
Julian A. Pollok, julianpollok@sbcglobal.net

**Dated:  March 27, 2008**                                      **Richard W. Wieking, Clerk**

                                                                                **By:     /s/ JW Chambers            **
                                                                                         **Elizabeth Garcia**
                                                                                         **Courtroom Deputy**