IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Data Capital Corporation, | NO. C 08-00678 JW |
| Plaintiff, | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| v. | |
| Safedesk Solutions, Inc., et al., | |
| Defendants. | |

A Case Management Conference in the above entitled case is presently set for June 2, 2008. However, a hearing on Defendants' Motion to Dismiss is presently scheduled for **July 7, 2008 at 9 a.m.** In light of the pending motion to dismiss, the Court VACATES the conference set on June 2, 2008. The Court will reschedule the case management conference, if necessary, in its Order addressing Defendants' motion.

Dated: May 20, 2008

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Clifford Eric Yin EfilingCEY@cpdb.com
Julian A. Pollok julianpollok@sbcglobal.net
Zuzana S. Ikels EfilingZJS@cpdb.com

**Dated: May 20, 2008**                    **Richard W. Wieking, Clerk**

                                           **By:   /s/ JW Chambers
                                                    Elizabeth Garcia
                                                    Courtroom Deputy**

United States District Court
For the Northern District of California