1  CLIFFORD E. YIN (State Bar No. 173159)
   ZUZANA S. IKELS (State Bar No. 208671)
2  COBLENTZ, PATCH, DUFFY & BASS LLP
   One Ferry Building, Suite 200
3  San Francisco, California 94111-4213
   Telephone: 415.391.4800
4  Facsimile: 415.989.1663
   Email:  ef-cey@cpdb.com,
5          ef-zsi@cpdb.com

6  Attorneys for SafeDesk Solutions, Inc. and
   Phil Autrey
7

8                    **UNITED STATES DISTRICT COURT**

9            **NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

10

11 | DATA CAPITAL CORPORATION, a        | Case No. CV-08-00678 JW
   | California Corporation,            |
12 |                                    | **NOTICE OF SETTLEMENT**
   |        Plaintiff,                  |
13 |                                    |
   |        v.                          |
14 |                                    |
   | SAFEDESK SOLUTIONS, INC., an Oregon|
15 | Corporation; PHIL AUTREY, an individual; |
   | DOES 1 through 25, inclusive,      |
16 |                                    |
   |        Defendants.                 |
17

18

...

28

13243.001.885363v1                    1                  Case No. CV-08-00678 JW

**NOTICE OF SETTLEMENT**

1  TO THE COURT IN THE ABOVE MATTER:

2  NOTICE IS HEREBY GIVEN that the foregoing case has been settled by and between

3  Plaintiff Data Capital Corporation ("Data Capital") and defendants SafeDesk Solutions, Inc. and

4  Phil Autrey (collectively, "defendants").

5  The parties' settlement conditions a dismissal of this entire action with prejudice upon the

6  satisfactory completion of specified terms that are not to be fully performed until July 1, 2008.

7  Defendants believe, therefore, that Data Capital will file a dismissal on or before July 1, 2008.

8  In light of the parties' settlement, Defendants request that their pending motion to dismiss,

9  currently scheduled for hearing on July 7, 2008, be taken off-calendar.

10  DATED: June 4, 2008            COBLENTZ, PATCH, DUFFY & BASS LLP

13  By:  /s/Clifford E. Yin
   Clifford E. Yin
14  Attorneys for SafeDesk Solutions, Inc.
   and Phil Autrey

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA 94111-4213
415.391.4800 · FAX 415.989.1663

13243.001.885363v1                              2                      Case No. CV-08-00678 JW

**NOTICE OF SETTLEMENT**