1  CLIFFORD E. YIN (State Bar No. 173159)
   ZUZANA S. IKELS (State Bar No. 208671)
2  COBLENTZ, PATCH, DUFFY & BASS LLP
   One Ferry Building, Suite 200
3  San Francisco, California  94111-4213
   Telephone:  415.391.4800
4  Facsimile:  415.989.1663
   Email:   ef-cey@cpdb.com,
5             ef-zsi@cpdb.com

6  Attorneys for SafeDesk Solutions, Inc. and
   Phil Autrey



IT IS SO ORDERED
Judge James Ware

8              **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

10

11  DATA CAPITAL CORPORATION, a           Case No. CV-08-00678 JW
    California Corporation,
12                                        **ORDER TO SHOW CAUSE RE:**
                Plaintiff,                **SETTLEMENT**
13
           v.
14
    SAFEDESK SOLUTIONS, INC., an Oregon
15  Corporation; PHIL AUTREY, an individual;
    DOES 1 through 25, inclusive,
16
                Defendants.
17

18

19

20

21

22

23

24

25

26

27

28

**NOTICE OF SETTLEMENT**

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA  94111-4213
415.391.4800  ·  FAX 415.989.1663

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA 94111-4213
415.391.4800 · FAX 415.989.1663

**\*\*\* ORDER \*\*\***

On June 4, 2008, the parties informed the Court that the above-entitled matter has reached a settlement. (See Docket Item No. 20.) In light of the settlement, the Court vacates all trial and pretrial dates. On or before **July 1, 2008**, the parties shall file a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a).

If a dismissal is not filed by the specified date, all parties shall appear in Courtroom No. 8, 4th Floor, United States District Court, 280 South First Street, San Jose, Ca. on **July 7, 2008 at 9:00 a.m.** and to show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(b). On or before **July 1, 2008**, the parties shall file a joint statement in response to the Order to Show Cause. The joint statement shall set forth the status of the activities of the parties for finalizing the settlement and how much additional time is requested to finalize and file the dismissal. If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated.

Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss this action.

Dated:  June 9, 2008

_____
JAMES WARE
United States District Judge

**NOTICE OF SETTLEMENT**